UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANIE RILEY,

            Plaintiff,

-v-

SHAMUS & PEABODY, LLC,

            Defendant.

CIVIL ACTION NO.: 25 Civ. 1205 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on Wednesday, March 12, 2025, with Defendant's Answer due on Wednesday, April 2, 2025. (ECF No. 7). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Friday, April 11, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Friday, April 25, 2025.**

Dated:     New York, New York
             April 4, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**