UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANIE RILEY,

                              Plaintiff,

                -v-

SHAMUS & PEABODY, LLC,

                              Defendant.

25 Civ. 1205

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court having been advised by the parties, *see* Dkt. 22, that they have reached a settlement in principle in this matter, it is ORDERED that all court dates are hereby adjourned, and the above-entitled action is hereby dismissed and discontinued without costs, without prejudice to plaintiffs' right to reopen the action within 45 days of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen must be filed within 45 days of this Order; any application to reopen filed thereafter will be dismissed with prejudice. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 45-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      The Clerk of Court is respectfully directed to terminate all motions and deadlines and to close this case.

SO ORDERED.

                                                            *Paul A. Engelmayer*

                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: July 17, 2025
       New York, New York