UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

Amanie Riley, on behalf of herself and all others similarly situated,

        Plaintiffs,

v.

Shamus & Peabody, LLC,
        Defendant.

------------------------------------- x

Case no. 1:25-cv-1205

STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: September 4, 2025

_____
Asher Cohen, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
O: 844-731-3343
D: 718-360-0579
E: acohen@ealg.law
*Attorney for Plaintiff*

_____
Vinay Patel, Esq.
LITTLER MENDELSON P.C.
900 Third Avenue,
New York, NY 10022-3298
D: 212-583-2692
C: 646-629-8337
E: VPatel@littler.com
*Attorneys for Defendant*

GRANTED.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: September 5, 2025
New York, New York